IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 11-cr-00391-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL CANTER,

      Defendant.

_____

ORDER
_____

      As further set forth on the record at the hearing held on May 17, 2012, IT IS HEREBY ORDERED that Defendant's Motion to Suppress [Doc # 14] is DENIED.

Dated: May __17__, 2012, in Denver, Colorado.

                                                   BY THE COURT:

                                                   __s/Lewis T. Babcock_____
                                                   LEWIS T. BABCOCK, JUDGE