**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00391-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANIEL CANTER,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, due to a conflict in the Court's schedule, the probation revocation hearing regarding Defendant Canter set **Monday, March 4, 2013 is VACATED and RESET for Tuesday, March 19, 2013 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  March 1, 2013